IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

**Patricia L. Wright,**
Plaintiff,

v.

**Patrick E. Berrang, et al.,**
Defendants.

CLERK'S OFFICE U.S. DISTRICT. COURT
AT HARRISONBURG, VA
FILED

APR 1 1 2025

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

Case No. 5:25-cv-00021-JHY-JCH

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST SELECT BANK**

COMES NOW the Plaintiff, Patricia L. Wright, and respectfully moves this Honorable Court, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for entry of default against Defendant Select Bank.

In support of this Motion, Plaintiff states the following:

1. Select Bank was served by certified mail with the Plaintiff's federal complaint and/or amended complaint and supporting exhibits on or about March 20, 2025, and again on April 3, 2025.
2. Select Bank has failed to plead or otherwise defend within the time allowed by the Federal Rules of Civil Procedure.
3. On April 9, 2025, Plaintiff contacted the Clerk of Court, who confirmed that no responsive pleading had been filed by Select Bank, or any other Defendant and that Plaintiff remained the only party of record to have filed in this matter.
4. Plaintiff remains the rightful Plaintiff and real party in interest. On April 7, 2025, Plaintiff lawfully transferred title to the subject property into Highland Capital Trust for lawful, protective purposes. The conveyance was executed in full transparency and good faith, and a notarized affidavit affirming these facts is submitted as Exhibit AL.
5. The trust transfer does not alter or affect Plaintiff's legal or equitable standing, nor does it impair the jurisdiction of this Court. Plaintiff remains the aggrieved party

entitled to pursue all claims including but not limited to enforcement of TILA rescission, quiet title, injunctive relief, damages, and sanctions.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Select Bank pursuant to Rule 55(a).

Respectfully submitted,

**Patricia L. Wright**
Pro Se Plaintiff
C/O 3154 Afton Mountain Road, #81
Afton, VA 22920

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

**Patricia L. Wright,**

Plaintiff,

v.

**Patrick E. Berrang, et al.,**

Defendants.

**Case No. 5:25-cv-00021-JHY-JCH**

## PLAINTIFF'S RULE 55(a) AND 55(b) FILING PACKAGE – INDEX OF DOCUMENTS

**Date of Filing:** April 12, 2025

### Documents Submitted for Filing:

1. Plaintiff's Motion for Entry of Default Pursuant to Rule 55(a)
2. Declaration of Plaintiff in Support of Entry of Default
3. Plaintiff's Motion for Default Judgment Pursuant to Rule 55(b)
4. [Proposed] Order Granting Entry of Default
5. [Proposed] Order Granting Default Judgment
6. Exhibit AL – Notarized Affidavit of Good Faith Trust Transfer
7. Cover Letter to Clerk of Court

**Submitted by:**

Patricia L. Wright

Pro Se Plaintiff

C/O 3154 Afton Mountain Road, #81

Afton, VA 22920

Email: pattywri1@gmail.com