IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

**Patricia L. Wright**,
Plaintiff,

v.

**Select Bank, Patrick E. Berrang, Jeffrey Ward, Melissa Dowd**, et al.,
Defendants.

Case No. 5:25-cv-00021-JHY-JCH

CLERK'S OFFICE U.S. DISTRICT COURT
AT HARRISONBURG, VA
FILED
MAY 0 2 2025
LAURA A. AUSTIN, CLERK
BY: /s/ [signature]
DEPUTY CLERK

## MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST DEFENDANTS PATRICK E. BERRANG, JEFFREY WARD, AND MELISSA DOWD

Plaintiff Patricia L. Wright ("Plaintiff"), proceeding pro se, hereby respectfully moves this Court for entry of default and default judgment under Rule 55(a) and (b) of the Federal Rules of Civil Procedure against Defendants **Patrick E. Berrang, Jeffrey Ward**, and **Melissa Dowd** ("the Defaulting Defendants"), and in support states as follows:

### I. BACKGROUND

1. Plaintiff filed this civil action on March 14, 2025 (Dkt. 1), and amended the complaint on March 20, 2025 (Dkt. 5).
2. Each of the Defaulting Defendants was lawfully served with process, as reflected in filed certificates of service, court records, and exhibits already entered into the docket.
3. More than **21 days** have passed since service was completed upon each of the Defaulting Defendants, and no Defendant listed herein has filed an answer, motion to dismiss, or responsive pleading in accordance with Rule 12(a)(1) of the Federal Rules of Civil Procedure.

4. Defendant Patrick E. Berrang has not filed an answer or made any lawful appearance despite being identified as a party to the original mortgage transaction and as plaintiff in the partition action.
5. Attorney Jeffrey Ward, named as a Defendant, has taken action on behalf of other parties but has not filed a formal response on his own behalf as to the claims asserted directly against him.
6. Melissa Dowd, a central figure in this case, has also failed to file any responsive pleading or motion as required by federal procedure.
7. No extensions have been granted by the Court to the Defaulting Defendants.

## II. LEGAL STANDARD

Rule 55(a) provides that the clerk must enter default when a party has "failed to plead or otherwise defend."

Rule 55(b)(2) permits the Court to enter default judgment once default is established and the record supports a finding that the relief requested is appropriate.

## III. ARGUMENT

### A. The Defaulting Defendants Have Been Properly Served

Plaintiff has submitted documentation to the Court showing that all three Defaulting Defendants were served in accordance with Rule 4. No objections to service have been raised.

### B. The Defaulting Defendants Have Failed to Plead or Defend

None of the Defaulting Defendants has submitted an answer, Rule 12 motion, or other valid pleading. No motions for extension have been filed.

Their failure to participate in this litigation has caused delay, prejudiced Plaintiff's rights, and reflects a conscious waiver of their opportunity to defend.

## C. Plaintiff Is Entitled to Default Judgment

The factual allegations of the Complaint and Amended Complaint are to be taken as true against the Defaulting Defendants. See *Fed. R. Civ. P. 8(b)(6); DIRECTV, Inc. v. Rawlins*, 523 F.3d 318 (4th Cir. 2008).

Plaintiff has alleged substantial federal violations including:

- Mortgage fraud,
- Deprivation of rights under color of law,
- Fraudulent concealment of legal standing,
- Procedural abuse in state proceedings,
- Failure to disclose financial interest and fiduciary conflict,
- Wrongful threats of property seizure, and
- Violations of constitutional and statutory protections.

Entry of default judgment is warranted to protect Plaintiff's rights, enforce procedural compliance, and move this matter forward on its merits against remaining parties.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Enter default under Rule 55(a) against Defendants Patrick E. Berrang, Jeffrey Ward, and Melissa Dowd;
2. Enter default judgment under Rule 55(b) as to the claims asserted against them in the Amended Complaint;
3. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,
May 1, 2025

*[signature]*

**Patricia L. Wright**
3154 Afton Mountain Road, #81

Afton, VA 22920
pattywri1@gmail.com